

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00538-CR

Chris Cornell **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR4736
Honorable Philip A. Kazen, Jr., Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  September 17, 2014

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal and for expedited issuance of the mandate.

The motion is granted, and this appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).  We order the

clerk of this court to immediately issue the mandate.  *See* TEX. R. APP. P. 18.1(c).


PER CURIAM


DO NOT PUBLISH